1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )    05-0244M
                                            )
10              Plaintiff,                   )    **ORDER**
                                            )
11   vs.                                     )
                                            )
12                                           )
     Eric Alejandro Lopez,                   )
13                                           )
                Defendant.                   )
14   _____)

15

16          This Court has received and considered Defendant's Motion To Extend Time To

17   Indict (Dkt. #6) and the Government's Response (Dkt. #7).  Contrary to the Government's

18   boilerplate Response, defense counsel is not seeking more time "to review discovery and to

19   investigate the defense" as a basis of the subject motion.  The Motion will be denied without

20   prejudice for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B)

21   to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149

     (9th Cir. 2000).
22

23          **IT IS ORDERED denying** without prejudice Defendant's Motion to Extend

24   Time to Indict (Dkt. #6).

          DATED this 24th day of October, 2005.
25

26

27                                        Lawrence O. Anderson
                                        United States Magistrate Judge
28